IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GRADY DION MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:14-CV-116-C |

## **ORDER**

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **DISMISSED WITH PREJUDICE**.

Dated this 31st day of August, 2015.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE